Filed by YH  D.C.

Sep 27, 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## 19-60278-CR-ALTONAGA/SELTZER

CASE NO. _____

18 U.S.C. § 922(a)(6)
18 U.S.C. § 924(d)(1)

UNITED STATES OF AMERICA

vs.

ERIC YU,

      Defendant.

_____/

### INDICTMENT

The Grand Jury charges that:

### COUNT 1
**Purchase of Firearms by Means of a False Statement**
(18 U.S.C. § 922(a)(6))

On or about August 11, 2017, in Broward County, in the Southern District of Florida, the defendant,

**ERIC YU,**

in connection with the acquisition of firearms from federally licensed firearms dealers, that is, Public Gun and Pawn, Inc. and BudsGunShop.com, did knowingly cause a false and fictitious written statement to be made to the dealer, which statement was intended and likely to deceive the dealer with respect to any fact material to the lawfulness of the acquisition of said firearms, in that the defendant Eric Yu stated in Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 that he was the actual buyer of the firearms, when in truth and in fact, and as the defendant then

and there well knew, he was purchasing the firearms for another person, in violation of Title 18, United States Code, Sections 922(a)(6).

It is further alleged that the firearms were:

1. One (1) Taurus, Model PT809, 9mm caliber (serial number TK061683);

2. One (1) Taurus, Model PT809, 9mm caliber (serial number TKR80283);

3. One (1) Bersa Thunder 380, .380 caliber (serial number H39265).

**COUNT 2**
**Purchase of Firearms by Means of a False Statement**
**(18 U.S.C. § 922(a)(6))**

On or about October 25, 2017, in Broward County, in the Southern District of Florida, the defendant,

**ERIC YU,**

in connection with the acquisition of firearms from federally licensed firearms dealers, that is, Public Gun and Pawn, Inc. and BudsGunShop.com, did knowingly cause a false and fictitious written statement to be made to the dealer, which statement was intended and likely to deceive the dealer with respect to any fact material to the lawfulness of the acquisition of said firearms, in that the defendant Eric Yu stated in Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 that he was the actual buyer of the firearms, when in truth and in fact, and as the defendant then and there well knew, he was purchasing the firearms for another person, in violation of Title 18, United States Code, Sections 922(a)(6).

It is further alleged that the firearms were:

1. One (1) Taurus, Model PT111, 9mm caliber (serial number TKT87917);

2. One (1) Taurus, Model PT111, 9mm caliber (serial number TKT88648);

3. One (1) Ruger, Model 9E, 9mm caliber (serial number 338-18236).

## COUNT 3
### Purchase of a Firearm by Means of a False Statement
### (18 U.S.C. § 922(a)(6))

On or about November 18, 2017, in Broward County, in the Southern District of Florida, the defendant,

**ERIC YU,**

in connection with the acquisition of a firearm from federally licensed firearms dealers, that is, Public Gun and Pawn, Inc. and BudsGunShop.com, did knowingly cause a false and fictitious written statement to be made to the dealer, which statement was intended and likely to deceive the dealer with respect to any fact material to the lawfulness of the acquisition of said firearm, in that the defendant Eric Yu stated in Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 that he was the actual buyer of the firearm, when in truth and in fact, and as the defendant then and there well knew, he was purchasing the firearm for another person, in violation of Title 18, United States Code, Sections 922(a)(6).

It is further alleged that the firearm was one (1) Taurus, Model TCP, .380 caliber (serial number 1D125057).

## COUNT 4
### Purchase of Firearms by Means of a False Statement
### (18 U.S.C. § 922(a)(6))

On or about November 24, 2017, in Broward County, in the Southern District of Florida, the defendant,

**ERIC YU,**

in connection with the acquisition of firearms from federally licensed firearms dealers, that is, Public Gun and Pawn, Inc. and BudsGunShop.com, did knowingly cause a false and fictitious written statement to be made to the dealer, which statement was intended and likely to deceive the

dealer with respect to any fact material to the lawfulness of the acquisition of said firearms, in that the defendant Eric Yu stated in Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 that he was the actual buyer of the firearms, when in truth and in fact, and as the defendant then and there well knew, he was purchasing the firearm for another person, in violation of Title 18, United States Code, Sections 922(a)(6).

It is further alleged that the firearms were:

1. One (1) SCCY Industries, LLC, Model CPX-1, .9mm caliber (serial number 592908);
2. One (1) SCCY Industries, LLC, Model CPX-1, .9mm caliber (serial number 569686);
3. One (1) SCCY Industries, LLC, Model CPX-1, .9mm caliber (serial number 592909).

## **FORFEITURE ALLEGATIONS**

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **ERIC YU,** has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 922(a)(6), as alleged in this Indictment, the defendant shall forfeit all guns and ammunition that were involved in, or used in, the offense, pursuant to Title 18, United States Code, Section 924(d)(1).

[This Space Intentionally Left Blank]

All pursuant to Title 18, United States Code, Sections 924(d)(1) and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

QUINSHAWNA S. LANDON
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

CASE NO._____

**ERIC YU,**

_____Defendant_____/

### CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)
- ___ Miami      ___ Key West
- ✓ FTL          ___ WPB      ___ FTP

New defendant(s)           Yes ___   No ___
Number of new defendants   ___
Total number of counts     ___

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)   No
   List language and/or dialect   _____

4. This case will take  2-3  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I    0 to 5 days        ✓
   - II   6 to 10 days       ___
   - III  11 to 20 days      ___
   - IV   21 to 60 days      ___
   - V    61 days and over   ___

   (Check only one)
   - Petty    ___
   - Minor    ___
   - Misdem.  ___
   - Felony   ✓

6. Has this case previously been filed in this District Court?   (Yes or No)   No
   If yes: Judge_____   Case No._____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   No
   If yes: Magistrate Case No.   _____
   Related miscellaneous numbers:   _____
   Defendant(s) in federal custody as of   _____
   Defendant(s) in state custody as of   _____
   Rule 20 from the District of   _____

   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?     Yes ___   No ✓

8. Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?    Yes ___   No ✓

_____
Quinshawna Landon
Assistant United States Attorney
Bar No. 99835

*Penalty Sheet(s) attached                                           REV 8/13/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** ERIC YU

**Case No:** _____

Counts #: 1-4

Purchase of Firearms by Means of a False Statement

Title 18, United States Code, Section 922(a)(6)

**\*Max. Penalty:** Ten (10) Years' Imprisonment

  **\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**